

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ALBERTICO VALENZUELA, | § | No. 08-22-00197-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 161st District Court |
| | § | |
| THE STATE OF TEXAS, | | of Ector County, Texas |
| | § | |
| State. | | (TC# B-19-0302-CR) |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's second motion for extension of time within which to file the record until **January 19, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Joel P. Rodriguez, the Court Reporter of the 161st District Court, prepare the reporter's record and forward the same to this Court on or before January 19, 2023.

IT IS SO ORDERED this 10th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.